

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 26, 2024

VIA ECF
Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Zafrin Hossain and Farhan Rahman v. U.S. Department of State, et al.*,
No. 23 Civ. 8996 (KPF)

Dear Judge Failla:

This Office represents the government in this action, in which plaintiffs seek an order compelling the U.S. Department of State to adjudicate plaintiff Rahman's immigrant visa application. I write respectfully to request a 30-day extension of the government's deadline to file a motion to dismiss, and corresponding 30-day extensions of the response and reply deadlines. The new proposed briefing schedule would be:

- The government's motion to dismiss due by April 29, 2024
- Plaintiffs' response due by May 30, 2024
- The government's reply due by June 13, 2024

This Office respectfully requests this extension because it needs additional time to confer with the State Department and to finalize its brief in support of the motion. This is the government's first request for an extension of its deadline to file its motion to dismiss, and plaintiffs consent to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Courtney E. Moran*
COURTNEY E. MORAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (917) 836-0126
E-mail: courtney.moran@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application GRANTED.  The parties shall adhere to the briefing schedule as set out above.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:    March 27, 2024            SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE